ORIGINAL

RECEIVED IN PRO SE OFFICE

DEC 07 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

AMENDED

Ka hu:3ia jhuty ba-n-will i anshu el

_____

_____

*(Write the full name of each plaintiff who is filing this
complaint. If the names of all the plaintiffs cannot fit in
the space above, please write "see attached" in the space
and attach an additional page with the full list of names.)*

-against-

DANIELE M. ALESSANDRINO et al
CITY OV NEW YORK et al
STATE OV NEW YORK et al

*(Write the full name of each defendant who is being sued.
If the names of all the defendants cannot fit in the space
above, please write "see attached" in the space and attach
an additional page with the full list of names.)*

**Complaint for a Civil Case** NOTICE OV Removal
Codes 470, 950, 320

Case No. 1. 22-CV-07006-AMD-TAM
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

I.    The Parties to This Complaint *Claim*

A.    The Plaintiff(s) *Claimant*

Provide the information below for each plaintiff *claimant* named in the complaint *claim*. Attach additional pages if needed.

*Free chosen moorish appellation*

Name    *ka-hu-si-a jhuty-ba-n william-shu-el*

Street Address    *Inc# 9221-34 adam clayton powell jr blvd.*

City and County    *manna-hatta    new york*

State and Zip Code    *NEW YORK REPUBLIC* near zip *(10030)*

Telephone Number    *212-470-0367*

E-mail Address    *mswelbey@gmail.com*

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name    *DANILLE M. ALESSANDRINO*

Job or Title    *ACTING "CHEIF" "CLERK"*
(if known)

Street Address    *320 JAY STREET*

City and County    *BROOKLYN    KINGS*

State and Zip Code    *NEW YORK REPUBLIC [11201]*

Telephone Number    *347-296-1076*

E-mail Address
(if known)

Defendant No. 2

Name    *ERIC GONZALEZ*

Job or Title    *ACTING DISTRICT ATT.*
(if known)

Street Address    *350 JAY STREET GRAND JURY BUREAU*

City and County    *BROOKLYN    KINGS*

State and Zip Code            *NEW YORK REPUBLIC*
Telephone Number              *N/A*
E-mail Address                *N/A*
(if known)

Defendant No. 3               *THE (UNLAWFUL) LEGAL AID SOCIETY*
Name                          *JOHN GOD FREY & DOUGLAS KAHAN*
Job or Title                  *STAFF ATTORNEY*
(if known)
Street Address City           *111 LIVINGSTON STREET*
and County State              *BROOKLYN, NEW YORK REPUBLIC*
and Zip Code                  *[11201]*
Telephone Number
E-mail Address
(if known)

Defendant No. 4

Name                          *SHAPIRO*
Job or Title                  *ACTING MAGISTRATE*
(if known)
Street Address City           *120 LIVINGSTON ST.*
and County State              *KINGS COUNTY NEW YORK REP.*
and Zip Code                  *[11201]*
Telephone Number              *N/A*
E-mail Address                *N/A*
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 28 USC 1441, 1331; 5 USC 7311 (1) (2)(4)
See: AFF OV FACTS REBUTTAL TO NATURE OV SUIT

_____

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* C/ _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See' AMENDED ATTACHMENT page AFFIDAVIT OV FACTS dated 8/ha hr nutimbir 17 1443 Mcy NOVEMBER 17, 2022 Ccy

**Defendant No.**

Name — DOUGLAS KAHAN

Job or Title *(if known)* — SUPERVISING ATTORNEY

Street Address — #111 LIVINGSTON ST

City and County — BROOKLYN KINGS

State and Zip Code — NEW YORK REPUBLIC

Telephone Number — N/A

E-mail Address *(if known)* — N/A

**Defendant No.**

Name — SHERIDAN BADGE #26399

Job or Title *(if known)* — PUBLIC SERVENT OF CITY OF NEW YORK NYPD

Street Address — 100 CHURCH ST LAW DEPT. 4TH FLOOR

City and County — MANNA-HATTA / MANHATTAN NEW YORK

State and Zip Code — NEW YORK REPUBLIC. [10001]

Telephone Number —

E-mail Address *(if known)* —

**Defendant No.**

Name — ROSSANA ROSADO

Job or Title *(if known)* — ACTING COMMISSIONOR

Street Address — 80 SOUTH SWAN STREET

City and County — ALBANY

State and Zip Code — NEW YORK [12210]

Telephone Number —

E-mail Address *(if known)* —

**Defendant No.**

Name —

Job or Title *(if known)* — ACTING EXECUTIVE DEPUTY COMMISSONER

Street Address — 80 SOUTH SWAN STREET

City and County — ALBANY

State and Zip Code — NEW YORK, [12210]

Telephone Number —

E-mail Address *(if known)* —

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. *Injunctive*

*Relief dismissal with prejudice demanding the defendant's to dismiss case with prejudice refrain from harassment and act civilize. Case, DOCKET NO K22 64218 should be dismissed in it's entirety for fraud.*

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff          _____

Printed Name of Plaintiff       _____